JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163173)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN MANUEL SILVA-QUESADA,<br><br>    Defendant. | No. 08-70382 RS<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME<br><br>SAN JOSE VENUE |

On July 10, 2008, defendant JUAN MANUEL SILVA-QUESADA appeared before the Court for a preliminary hearing. At the appearance, defendant waived time and requested discovery from the United States. The Court set the matter for arraignment before Judge Trumbull on August 7, 2008. Counsel for the United States requested an exclusion of time under the Speedy Trial Act from July 10, 2008 to August 7, 2008. The defendant, through counsel, agreed to the exclusion.

//

//

//

//

The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity of counsel and effective preparation.

SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: 7/22/08                           /s/
                                  DANIEL R. KALEBA
                                  Assistant United States Attorney


DATED: 7/23/08                           /s/
                                  RICHARD POINTER
                                  Counsel to Defendant


Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 10, 2008 to August 7, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation and continuity, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:_____            _____
                                  HOWARD R. LLOYD
                                  United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 08-70382 RS                        2