No. **CR-08 00525 JW**

FILED

E-FILING

RS

# UNITED STATES DISTRICT COURT

RICHARD W. WIEKING

## NORTHERN DISTRICT OF CALIFORNIA

U.S. DIST.
NO. DIST. OF CA. S.J.

### *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA
## vs.
## JUAN MANUEL SILVA-QUESADA
## INDICTMENT

**COUNT ONE**: Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

Filed in open court this **6** day of **August**

A.D. 200**8**

_____
United States Magistrate Judge

Bail. $ *No process*

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 AUG -6  P 2: 04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08 00525 RS |
| Plaintiff, ) | |
| v. ) | VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| JUAN MANUEL SILVA-QUESADA, ) | |
| Defendant. ) | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about June 8, 2008, the defendant,

JUAN MANUEL SILVA-QUESADA,

an alien, previously having been arrested and deported from the United States on or about February 7, 2001, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation

//
//
//

INDICTMENT
United States v. Silva-Quesada

1 | of Title 8, United States Code, Section 1326.

3 | DATED: August 6, 2008                          A TRUE BILL.

                                                                *[signature]*
                                                                FOREPERSON

7 | JOSEPH P. RUSSONIELLO
    United States Attorney

    *[signature]*

    MATTHEW A. PARRELLA
10| Chief, San Jose Branch

12| (Approved as to form: *[signature]* )
                          AUSA DANIEL R. KALEBA

INDICTMENT
*United States v. Silva-Quesdada*                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

--- OFFENSE CHARGED ---

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-FILING

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG -6 P 2: 04

DEFENDANT - U.S.
▶ JUAN MANUEL SILVA-QUESADA

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER
CR-08 00525

JW
RS

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  DAN KALEBA

--- DEFENDANT ---

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed
Month/Day/Year

DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: