**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***

**CRIMINAL MINUTES**

**Judge: James Ware**
**Date:   August 25, 2008**
**Case No.: CR- 08-0525 JW**
**Related Case No.: N/A**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**
**U.S. Probation Officer: N/A**
**Interpreter:   N/A**

**TITLE**

**U.S.A. v.  Juan Manuel Silva-Quesada (C)**

**Attorney(s) for Plaintiff(s): Dan Kaleba**
**Attorney(s) for Defendant(s): Richard Pointer**

**PROCEEDINGS**

**Status/Trial Setting**

**ORDER AFTER HEARING**

**Hearing Held.  Defendant present and in custody for proceedings.  This is the Defendant's initial appearance before this Court.  The Court continued this matter for approximately five (5) weeks to accommodate Defense counsel's research into Defendant's criminal matters in Solano and Gilroy counties and the impact they may have with the sentencing before the Court.  The Court continued this matter to October 6, 2008 at 1:30 PM for Trial Setting.  The Court excluded time from August 25, 2008 through October 6, 2008 for effective preparation of counsel and for efforts to resolve this matter short of trial.**

Last Date for Trial: October 16, 2008

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: