**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:     (408) 246-5500
Facsimile:      (408) 246-1051

Attorneys for Defendant
**Juan Manuel Silva Quesada**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: CR-08-00525-JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND (PROPOSED)** |
| | ) | **ORDER FOR CONTINUANCE** |
| vs. | ) | **OF STATUS HEARING** |
| | ) | |
| JUAN MANUEL SILVA QUESADA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Defendant, Juan Manuel Silva Quesada., through counsel Richard P. Pointer and the United States through Daniel Kaleba hereby stipulate to the continuance of the status hearing from October 27, 2008, at 1:30 p.m.,  to November 10, 2008, at 1:30 p.m.

     The reason for the continuance is that defense counsel requests an additional two (2) weeks to allow his client to consider the proposed plea agreement or open plea.

     The government and defense stipulate that the factors stated above provide a basis for an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. Section 3161 (h)(8)(B)(iv) in that the ends of justice outweigh the public interest in an earlier trial date.

                                                                                 Respectfully submitted,

Dated: October 24, 2008                                              **/s/**
                                                                          Richard P. Pointer

1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:    (408) 246-5500
   Facsimile:    (408) 246-1051
4
   Attorneys for Defendant
5  **Juan Manuel Silva Quesada**

6

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10
   UNITED STATES OF AMERICA,        )    NO: CR-08-00525-JW
11                                   )
            Plaintiff,               )
12                                   )    **ORDER OF CONTINUANCE**
        vs.                          )    **OF STATUS HEARING**
13                                   )
   JUAN MANUEL SILVA QUESADA,        )
14                                   )
            Defendant.               )
15  _____)

16     Based on the stipulations of the parties, the court HEREBY ORDERS that the status hearing

17  scheduled for October 27, 2008, at 1:30 pm., is continued to November 10, 2008 at 1:30 a.m.

18     THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from

19  October 27, 2008 to November 10, 2008. The court finds, based on the aforementioned reasons, that

20  the ends of justice is served by granting the requested continuance outweigh the best interest of the

21  public and the defendant in a speedy trial. The failure to grant the requested continuance would

22  deny defense counsel reasonable time necessary for effective preparation, taking into account the

23  exercise of due diligence, and would result in a miscarriage of justice. The Court therefore

24  concludes that this exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and

25  (B)(iv).

Date: October 24, 2008                    _____
                                          United States District Judge