1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:   (408) 246-5500
   Facsimile:   (408) 246-1051
4
   Attorneys for Defendant
5  **JUAN MANUEL SILVA**

6

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10
   UNITED STATES OF AMERICA,      )    **NO: CR-08-00525 (JW)**
11                                 )
                Plaintiff,         )    **STIPULATION AND**
12                                 )    **[PROPOSED] ORDERED TO**
           vs.                     )    **CONTINUE THE JANUARY**
13                                 )    **26, 2009 SENTENCING DATE**
   JUAN MANUEL SILVA-QUESADA,     )
14                                 )
                Defendant.         )
15  _____)

16       IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

17  Daniel Kaleba, counsel for plaintiff, and Richard P. Pointer, counsel for the defendant in

18  the above mentioned case, that the sentencing hearing now scheduled for January 26,

19  2009, at 1:30 p.m., is continued to March 2, 2009, at 1:30 p.m., or as soon thereafter as

20  is convenient to the Court.  This continuance is sought by the defense because I have

21  been unable to meet the deadlines set forth by the Federal Probation Department to

22  complete the Presentence Report.

23       IT IS SO STIPULATED.

24  Dated: December 17, 2008           _____/s/_____
                                        DANIEL KALEBA
25                                      Counsel for Plaintiff

1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:   (408) 246-5500
   Facsimile:   (408) 246-1051
4
   Attorneys for Defendant
5  **JUAN MANUEL SILVA-QUESADA**

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: CR-08-00525 (JW) |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR CONTINUANCE |
| JUAN MANUEL SILVA-QUESADA, | ) | |
| Defendant. | ) | |

Accordingly, for good cause shown,

The Court Hereby Orders that the sentencing hearing scheduled for January 26, 2009 at 1:30 p.m., is continued to March 2, 2009 at 1:30 p.m.

SO ORDERED.

Dated: January 7, 2009                        _____
                                              JAMES WARE
                                              United States Judge