1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:   (408) 246-5500
   Facsimile:    (408) 246-1051
4
   Attorneys for Defendant
5  **JUAN MANUEL SILVA**

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-08-00525 (JW) |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| vs. ) | **[PROPOSED] ORDERED TO** |
| ) | **CONTINUE THE MARCH 2,** |
| JUAN MANUEL SILVA-QUESADA, ) | **2009 SENTENCING DATE** |
| Defendant. ) | |
| _____) | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Laura Durity, counsel for plaintiff, and Richard P. Pointer, counsel for the defendant in the above mentioned case, that the sentencing hearing now scheduled for March 2, 2009, at 1:30 p.m., is continued to March 16, 2009, at 1:30 p.m., or as soon thereafter as is convenient to the Court.

    It is agreed between the parties that the following reasons exist for this stipulation:

    (1) Defense counsel is in a multiple defendant preliminary hearing that began on February 24, 2009 in state court in the matter of <u>People vs. Christopher Lee, et al. case number: CC779769.</u>

    IT IS SO STIPULATED.

Dated: February 26, 2009                      _____/s/_____
                                                              LAURA DURITY
                                                              Counsel for Plaintiff

1 **RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2 2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
3 Telephone:    (408) 246-5500
Facsimile:    (408) 246-1051
4
Attorneys for Defendant
5 **JUAN MANUEL SILVA-QUESADA**

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-08-00525 (JW) |
| Plaintiff, ) | |
| vs. ) | ORDER OF COURT: CONTINUING SENTENCING HEARING DATE |
| JUAN MANUEL SILVA-QUESADA, ) | |
| Defendant. ) | |
| _____) | |

  Accordingly, for good cause shown,

  The Court Hereby Orders that the sentencing hearing scheduled for March 2, 2009 at 1:30 p.m., is continued to March 16, 2009 at 1:30 p.m.

  SO ORDERED.

Dated: February __27__, 2009                         _____
                                                     JAMES WARE
                                                     United States Judge